UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERTO MANUEL
FERNANDEZ,

      Petitioner,

    v.                                                    Case No.:  2:26-cv-01110-SPC-DNF

WARDEN, FLORIDA SOFT SIDE
SOUTH *et al.*,

      Respondents.
_____/

## OPINION AND ORDER

Before the Court is the Federal Respondents' Motion for Clarification (Doc. 9).  Alberto Manuel Fernandez filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Manuel Fernandez would be removed in the reasonably foreseeable future.  But in light of Manuel Fernandez's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention.  Manuel Fernandez is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Alberto Manuel Fernandez's Petition for Writ of Habeas Corpus (Doc. 1)
is **GRANTED**.

1. The respondents shall release Manuel Fernandez within 24 hours of
   this Order, and they shall give him telephone access so he may
   arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate the pending motions and
   deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 5, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record